

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00716-CR

Francisco Javier **AZUARA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRM-000389-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 5, 2015.

_____
Patricia O. Alvarez, Justice